1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  ELLEN PAPADAKIS, SBN 186621
   THELEN REID & PRIEST LLP
7  101 2nd Street, 18th Floor
   San Francisco, CA 94105
8  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
9
   Attorneys for Defendants
10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 | JAMES SANFORD,                    | Case No. CIV.S. 05-1199 DFL KJM
15 |         Plaintiff,                |
16 |                                   |
17 | v.                                | **REQUEST FOR DISMISSAL AND**
   |                                   | **ORDER THEREON**
18 | TOOLEY OIL COMPANY; HARRY         |
   | WILSON AND HEANETTE H. TRUSTEES   |
19 | OF THE WILSON FAMILY TRUST;       |
   | SHELL OIL COMPANY; and DOES 1     |
20 | through 10,                       |
21 |         Defendants.               |
22 | _____ / |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Tooley Oil Company, Harry Wilson and Jeanette H. Trustees of the Wilson Family Trust, and Shell Oil Company, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 8, 2005              LAW OFFICES OF LYNN HUBBARD, III


                                      /s/ Scottlynn J. Hubbard, IV
                                      SCOTTLYNN J HUBBARD, IV
                                      Attorneys for Plaintiff


Dated: September 8, 2005              THELEN REID & PRIEST LLP


                                      Signature On File
                                      ELLEN PAPADAKIS, ESQ.
                                      Attorneys for Defendants


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1199 DFL KJM, is hereby dismissed with prejudice.

Dated: 9/9/2005


                                      _____
                                      DAVID F. LEVI
                                      United States District Judge